THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERTO RAFFAELE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 20, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered August 22, 1921, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John Palmieri, Martin Wechsler* and *Samuel Wechsler* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting, on ground that errors were committed by the trial judge in his charge as made and in refusals to charge as requested by defendant: HISCOCK, Ch. J., CARDOZO and McLAUGHLIN, JJ.